**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Maunwell Ervin, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2020-000530

Appeal from Greenwood County
J. Mark Hayes II, Post-Conviction Relief Judge

Memorandum Opinion No. 2023-MO-003
Submitted April 15, 2022 – Filed January 11, 2023

**DISMISSED AS IMPROVIDENTLY GRANTED**

Attorney General Alan Wilson and Senior Assistant Attorney General David A. Spencer, both of Columbia, for Petitioner.

C. Rauch Wise, of Greenwood, for Respondent.

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's grant of Respondent's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**